AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☑ SUPERSEDING

**OFFENSE CHARGED**
21 USC Sections 846, 841(a)(1), 841(b)(1)(C)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See penalty sheet attachment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
▶ YURI LAMBERT

DISTRICT COURT NUMBER
CR 10-376 JSW

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
10-70336 BZ

Name and Office of Person Furnishing Information on THIS FORM    Melinda Haag
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   Nicole M. Kim

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of Institution

Has detainer been filed?   ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ 4/23/2010   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☑ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# PENALTY SHEET ATTACHMENT: YURI LAMBERT

**Count 1**
21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to distribute and possess with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

**Count 2**
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☑ SUPERSEDING

**OFFENSE CHARGED**

21 USC Sections 846, 841(a)(1), 841(b)(1)(C). 841(b)(1)(A)(v)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See penalty sheet attachment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ JAMES EDMONDS

DISTRICT COURT NUMBER
CR 10-376 JSW

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
10-70336 BZ

Name and Office of Person Furnishing Information on THIS FORM
Melinda Haag
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) Nicole M. Kim

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ ____
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of Institution ____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed ____

DATE OF ARREST ▶ 4/23/2010
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ ____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount: ____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ____
Before Judge: ____

Comments:

# PENALTY SHEET ATTACHMENT:
# JAMES EDMONDS



### Count 1
21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to distribute and possess with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

### Count 2
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

### Count 5
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(v) - Possession with intent to distribute lysergic acid diethylamide (LSD), a Schedule I controlled substance.

Mandatory minimum sentence of 10 years in prison, maximum term of life imprisonment, a $4 million fine, maximum term of supervised release of life, minimum term of supervised release of 5 years, and $100 special assessment.

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☑ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>21 USC Sections 846, 841(a)(1), 841(b)(1)(C), 841(b)(1)(A)(v)<br><br>☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☑ Felony<br><br>PENALTY:<br>See penalty sheet attachment || **DEFENDANT - U.S.**<br><br>▶ OSHAN COOK<br><br>DISTRICT COURT NUMBER<br>CR 10-376 JSW |
| **PROCEEDING**<br>Name of Complaintant Agency, or Person (&Title, if any)<br>DEA<br><br>☐ person is awaiting trial in another Federal or State Court, give name of court<br><br>☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District<br><br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Att'y ☐ Defense<br><br>☐ this prosecution relates to a pending case involving this same defendant<br><br>☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶ | SHOW DOCKET NO.<br><br><br><br>MAGISTRATE CASE NO.<br>10-70336 BZ | **DEFENDANT**<br>**IS *NOT* IN CUSTODY**<br>1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges<br>2) ☐ Is a Fugitive<br>3) ☑ Is on Bail or Release from (show District)<br>Northern District of California<br><br>**IS IN CUSTODY**<br>4) ☐ On this charge<br>5) ☐ On another conviction<br>6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State<br>If answer to (6) is "Yes", show name of institution<br><br>Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed<br><br>DATE OF ARREST ▶ 4/23/2010 Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year |
| Name and Office of Person Furnishing Information on THIS FORM  Melinda Haag<br>☑ U.S. Att'y ☐ Other U.S. Agency<br><br>Name of Asst. U.S. Att'y (if assigned)  Nicole M. Kim ||  ☐ This report amends AO 257 previously submitted |
| **ADDITIONAL INFORMATION OR COMMENTS** |||
| PROCESS:<br>☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount:<br>If Summons, complete following:<br>☐ Arraignment ☐ Initial Appearance<br>Defendant Address:<br><br>*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment<br>Date/Time:<br>Before Judge:<br><br>Comments: |||

**PENALTY SHEET ATTACHMENT:**
**OSHAN COOK**



**Count 1**
21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to distribute and possess with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

**Count 2**
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

**Count 3**
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

**Count 4**
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(v) - Possession with intent to distribute lysergic acid diethylamide (LSD), a Schedule I controlled substance.

Mandatory minimum sentence of 10 years in prison, maximum term of life imprisonment, a $4 million fine, maximum term of supervised release of life, minimum term of supervised release of 5 years, and $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---
21 USC Sections 846, 841(a)(1), 841(b)(1)(C)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See penalty sheet attachment

--- DEFENDANT - U.S. ---
▶ VICTORIA VANLAANEN

DISTRICT COURT NUMBER
CR 10-376 JSW

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.
10-70336 BZ

Name and Office of Person Furnishing Information on THIS FORM: Melinda Haag
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Nicole M. Kim

--- DEFENDANT ---
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ 4/23/2010   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---
PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## VICTORIA VANLAANEN

FILED
2010 AUG 26 P 3: 19
CLERK RICHARD W. WIEKING
U.S. DISTRICT COURT

**Count 1**
21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to distribute and possess with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

**Count 2**
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED
2010 AUG 26 P 3: 19

---

UNITED STATES OF AMERICA,

V.

YURI LAMBERT, et al.

DEFENDANT(S).

---

## SUPERSEDING INDICTMENT

---

A true bill.

_____Juanita Reeves_____
                Deputy    Foreman

Filed in open court this __26TH__ day of
__August, 2010__

_____
                                    Clerk

Bail, $ No process

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| 2 | United States Attorney |

FILED
2010 AUG 26 P 3:19
RICHARD W. ...
CLERK, U.S. DISTRICT ...
NORTHERN DISTRICT OF C...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 10-0376 JSW |
| | ) | |
| | ) | VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Possess with Intent to |
| v. | ) | Distribute and to Distribute MDMA; |
| | ) | 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) – |
| YURI LAMBERT, | ) | Possession with Intent to Distribute MDMA; |
| JAMES EDMONDS, | ) | 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(v) – |
| OSHAN COOK, and | ) | Possession with Intent to Distribute LSD; |
| VICTORIA VANLAANEN, | ) | and 18 U.S.C. § 2 – Aiding and Abetting; |
| | ) | Criminal Forfeiture Allegation |
| | ) | |
| Defendants. | ) | SAN FRANCISCO VENUE |
| | ) | |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE:

Beginning at a time unknown to the Grand Jury, but no later than in or around March 2010, and continuing thereafter up through and including April 22, 2010, both dates being approximate and inclusive, in the Northern District of California and elsewhere, the defendants,

YURI LAMBERT,
JAMES EDMONDS,
OSHAN COOK, and
VICTORIA VANLAANEN,

INDICTMENT

1  and others known and unknown, knowingly and intentionally conspired to possess with intent to
2  distribute and to distribute 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I
3  controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and
4  841(b)(1)(C).

COUNT TWO:

On or about April 22, 2010, in the Northern District of California, the defendants,

YURI LAMBERT,
JAMES EDMONDS,
OSHAN COOK, and
VICTORIA VANLAANEN,

did knowingly and intentionally possess with intent to distribute
3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation
of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States
Code, Section 2.

COUNT THREE:

On or about April 22, 2010, in the Northern District of California, the defendant,

OSHAN COOK,

did knowingly and intentionally possess with intent to distribute 3,4
methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation of
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States
Code, Section 2.

COUNT FOUR:

On or about April 22, 2010, in the Northern District of California, the defendant,

OSHAN COOK,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled
substance, to wit: ten (10) grams or more of a mixture or substance containing a detectable
amount of lysergic acid diethylamide, or LSD, in violation of Title 21, United States Code,
Sections 841(a)(1) and 841(b)(1)(A)(v), and Title 18, United States Code, Section 2.

INDICTMENT                                                                 2

1 COUNT FIVE:

2     On or about April 22, 2010, in the Northern District of California, the defendant,

3                            JAMES EDMONDS,

4 did knowingly and intentionally possess with intent to distribute a Schedule I controlled

5 substance, to wit: ten (10) grams or more of a mixture or substance containing a detectable

6 amount of lysergic acid diethylamide, or LSD, in violation of Title 21, United States Code,

7 Sections 841(a)(1) and 841(b)(1)(A)(v), and Title 18, United States Code, Section 2.

8 FORFEITURE ALLEGATION:

9     1.    The factual allegations contained in Counts One, Two, Three and Four of this

10 Superseding Indictment are re-alleged and fully incorporated herein for the purpose of alleging

11 forfeiture pursuant to the provisions of 21 U.S.C.§§ 853(a)(1) and (a)(2).

12     2.    Upon a conviction of any of the offenses alleged in Counts One, Two, Three and

13 Four of this Superseding Indictment, the defendants,

14
15                       YURI LAMBERT,
                        JAMES EDMONDS,
                        OSHAN COOK, and
                        VICTORIA VANLAANEN,

16 shall forfeit to the United States all right, title, and interest in property constituting and derived

17 from any proceeds defendants obtained, directly or indirectly, as a result of said violations, and

18 any property used, or intended to be used, in any manner or part, to commit or to facilitate the

19 commission of the said violations.

20     3.    If, as a result of any act or omission of the defendants, any of said property

21         a.    cannot be located upon the exercise of due diligence;

22         b.    has been transferred or sold to or deposited with, a third person;

23         c.    has been placed beyond the jurisdiction of the Court;

24         d.    has been substantially diminished in value; or

25         e.    has been commingled with other property which cannot be divided without

26             difficulty;

27 any and all interest defendants have in any other property (not to exceed the value of the above

28 forfeitable property) shall be vested in the United States and forfeited to the United States.

INDICTMENT                                   3

All in violation of Title 21, United States Code, Section 853(a)(1), (a)(2), (p) and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: 8/26/10                                   A TRUE BILL.

                                                 Juanita Russ
                                        Deputy FOREPERSON

MELINDA HAAG
United States Attorney


BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____)
                    AUSA NICOLE M. KIM

INDICTMENT                          4