ALEXIS WILSON BRIGGS #251688
SHARI L. WHITE #180438
SARA ZALKIN #223044
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
OSHAN COOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

YURI LAMBERT, et al.

        Defendants.

CR 10-0376 JSW

JOINT CASE STATUS MEMORANDUM AND PROPOSED ORDER

The parties submit this Joint Case Status Memorandum as ordered by the Court on September 2, 2010.

The parties have been actively involved in settlement discussions and are meaningfully exploring the prospect of resolution short of litigation.

Accordingly, the parties jointly request a status hearing on January 20th, 2011 to set a briefing schedule and future hearing date for motions should the parties not come to a resolution prior thereto.

The defense anticipates the following motions:

(1) Motion to Suppress Evidence Obtained in Warrantless Detention; Arrest; and "Search Incident" Thereto

(2) Motion for Severance Pursuant to Federal Rules of Criminal Procedure Rule 8(b); 14

         *Rule 12(b)(5) and Rule 12(b)(3)(D) require an objection to joinder and request for severance prior to trial or deemed waived.

    (3)    Motion for Production of Informant Pursuant to <u>United States v. Roviaro</u>

    (4)    Motion for Production of Documents Pursuant to <u>United States v. Henthorne</u>

    (5)    Motion to Dismiss for Failure to Adhere to Republication Requirement of 21 U.S.C. § 812

    (6)    Motion for Disclosure of Impeaching Information Re: Informant.

As of the date of writing, the parties have informally conferred regarding discovery and are in the final stages of addressing discovery related issues. Attorneys for the defendants are still in the process of analyzing the discovery provided by the government in the preparation of their defense.

The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served and will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv).

Dated: November 22, 2010      Respectfully submitted,

                                    \s\MELINDA HAAG
                                  MELINDA HAAG
                                  United States Attorney
                                  by KATHERINE DOWLING
                                  Assistant United States Attorney

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

Dated: November 22, 2010        \s\SHARI L. WHITE
                                SHARI L. WHITE
                                Attorney for Defendant
                                OSHAN COOK

Dated: November 22, 2010        \s\DIANA WEISS
                                DIANA WEISS
                                Attorney for Defendant
                                YURI LAMBERT

Dated: November 22, 2010        \s\DOUGLAS L. RAPPAPORT
                                DOUGLAS L. RAPPAPORT
                                Attorney for Defendant
                                JAMES EDMONDS

Dated: November 22, 2010        \s\BRETT ALAN GREENFIELD
                                BRETT ALAN GREENFIELD
                                Attorney for Defendant
                                VICTORIA VANLAANEN

PROPOSED ORDER

At the request of the parties and good cause appearing,

IT IS HEREBY ORDERED that a status hearing be heard on January 20, 2011 to set a briefing schedule and future hearing date for motions should the parties not come to a resolution prior thereto.

Dated:

_____
HON. JUDGE JEFFREY S. WHITE

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331